UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-1677-MWF(RAOx)**                    Date:  June 06, 2023

Title   **United African Asian Abilities Club, et al. v. JNC Properties, LLC, et al.**

Present:  The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 22, 2023, the Court issued an Order to Show Cause ("OSC") re dismissal for lack of prosecution.  (Docket No. 9).  On June 6, 2023, Plaintiffs filed a Proof of Service ("POS") on Defendant JNC Properties, LLC in response to the OSC.  (Docket No. 10).  The POS reflects that substituted service was completed on March 21, 2023.  (*Id. at 3*).

The Court again **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 13, 2023**.

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.

    *OR*

- BY PLAINTIFFS:  APPLICATION FOR CLERK TO ENTER DEFAULT.

    *AND*

- BY PLAINTIFFS:  MOTION FOR DEFAULT JUDGMENT.  Following entry of default by the Clerk, Plaintiffs must move for default judgment within **fourteen (14) calendar days**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-1677-MWF(RAOx)**                     Date:  June 06, 2023

Title      **United African Asian Abilities Club, et al. v. JNC Properties, LLC, et al.**

      The Court will not issue another order to show cause to remind Plaintiffs to prosecute this action.

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

      IT IS SO ORDERED.

Initials of Preparer:  RS/sjm

---