UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **2:23-cv-01677-MWF-RAO**                                    Dated: **June 8, 2023**

Title:    *United African Asian Abilities Club, et al. v. JNC Properties, LLC, et al.*

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Damon Berry | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [12] filed June 7, 2023, the Court sets a hearing on Order To Show Cause Re Dismissal for July 10, 2023 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. **All other hearings and deadlines are hereby VACATED.**

**IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk   DBE
CIVIL - GEN